United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 14-11183-mdc
Gregory St. Jacques Stanislaus                                                 Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: ChrissyW              Page 1 of 3                Date Rcvd: Aug 17, 2016
                               Form ID: pdf900             Total Noticed: 74

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2016.
```
db           #+Gregory St. Jacques Stanislaus,    4534 Sansom Street, Apt #3,   Philadelphia, PA 19139-3623
cr            +Fay Dyer,   39 Victor Avenue,    Glen Ridge, NJ 07028-2016
13246488      +AMERICAS SERVICING CO,    PO BOX 10328,   DES MOINES, IA 50306-0328
13246486      +American Express,    PO BOX 3001,   16 GENERAL WARREN BLVD,    MALVERN, PA 19355-1245
13348660       American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
13314212       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
13246489      +Amex/American Express,    PO BOX 3001,   16 GENERAL WARREN BLVD,    MALVERN, PA 19355-1245
13305596      +Antonio Braithwaite,    c/o Fell and Spalding,   100 S. Broad Street, Suite 2230,
               Philadelphia, PA 19110-1021
13246490     #+Antonio Braithwaite,    1202 Caribou Crossing,   Durham, NC 27713-9179
13246492     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: BANK OF AMERICA,    ATTENTION: RECOVERY DEPARTMENT,
               4161 PEIDMONT PKWY.,    GREENSBORO, NC 27410)
13246491      +BANK OF AMERICA,   ATTN: CORRESPONDENCE UNIT/CA6-919-02-41,    PO BOX 5170,
               SIMI VALLEY, CA 93062-5170
13347564      +Bank of America, N.A.,    Bankruptcy Department,   P.O. Box 26012, NC4-105-02-99,
               Greensboro, North Carolina 27420-6012
13246494      +Beneficial Mutual Savings,    BENEFICIAL MUTUAL SAVINGS,   530 WALNUT ST., ATTN: BANKRUPTCY,
               PHILADELPHIA, PA 19106-3624
13350602      +Beneficial Mutual Savings Bank,    c/o Peter E. Meltzer, Esquire,
               2000 Market Street, 13th Floor,    Philadelphia, PA 19103-3204
13350601      +Beneficial Mutual Savings Bank,    c/o Peter E. Meltzer, Esquire,    Weber Gallagher,
               2000 Market Street, 13th Floor,    Philadelphia, PA 19103-3297
13246495      +CAP ONE NA,   1 S ORANGE ST,    WILMINGTON, DE 19801-5006
13246496      +CAP1/BSTBY,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497
13246498      +CHASE,   P.O. BOX 15298,    WILMINGTON, DE 19850-5298
13246499      +CITI,   PO BOX 6241,    SIOUX FALLS, SD 57117-6241
13246500     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Sd, Na,    ATTN: CENTRALIZED BANKRUPTCY,   PO BOX 20363,
               KANSAS CITY, MO 64195)
13246503      +CITIMORTGAGE INC,    PO BOX 9438,DEPT 0251,   GAITHERSBURG, MD 20898-9438
13246497      +Capital 1 Bank,    ATTN: BANKRUPTCY DEPT.,   PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
13300605       Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
13246501      +Citibank Stu,   ATTN: BANKRUPTCY,    PO BOX 6191,   SIOUX FALLS, SD 57117-6191
13246504      +Citimortgage Inc,    Po Box 6243,   Sioux Falls, SD 57117-6243
13246508      +DSNB MACYS,   PO BOX 8218,    MASON, OH 45040-8218
13246509      +Eboni Keller,    4135 Markland Street,   Philadelphia, PA 19124-5342
13246511      +Errol and Fay Dyer:,    c/o Piekarsky & Associates LLC,,   191 Godwin Avenue,
               Wyckoff, NJ 07481-2052
13333492      +Fay Dyer,   c/o Piekarsky & Associates, LLC,    191 Godwin Avenue,   Wyckoff, NJ 07481-2052
13246512      +GMAC MORT.,   3451 HAMMOND AVE,    WATERLOO, IA 50702-5300
13246513      +GMAC Mortgage Corporation,    110 Virginia Drive,   PO Box 8300,
               Fort Washington, PA 19034-8300
13246517       HSBC Bank USA,   Trustee for Nomurra,    3467 Stateview Blvd.,   Fort Mill, SC 29715
13246521      +Joel Ackerman, Esq.,    PO Box 650,   Hershey, PA 17033-0650
13246523      +LAZARUS FINANCIAL GROU,    2301 N CENTRAL EXPY STE,   PLANO, TX 75075-2535
13246522      +Lawrence G. Metzger, Esq.,    1500 JFK Blvd., Suite 1204,   Philadelphia, PA 19102-1751
13246524      +Lazarus Financial Group,    5420 LBJK FWY STE 577,   Dallas, TX 75240-6264
13246525      +Marc Weisberg, Esq.,    123 S. Broad Street,   Suite 2080,   Philadelphia, PA 19109-1031
13246526       Montgomery County Prothonotary,    Swede and Airy Streets 1st Fl,   Norristown, PA 19404
13246527      +OCWEN LOAN SERVICING L,    3451 HAMMOND AVENUE,   WATERLOO, IA 50702-5345
13246528       One West Bank,    155 Northlaw Ave.,   Pasadena, CA 91101
13246534      +PNC BANK,   2730 LIBERTY AVE,    PITTSBURGH, PA 15222-4747
13246530       Pennsylvania Department of Revenue,    P.O. Box 280846,   Bureau of Compliance,
               Harrisburg, PA 17128-0846
13246533      +Philip A. Valentino, Jr., Esq.,    7137 Torresdale Ave.,   Philadelphia, PA 19135-1327
13246535      +Reginald Braithwaite,    139-18 228th Street,   Springfield Gardens, NY 11413-2945
13305595      +Reginald Braithwaite,    c/o Fell and Spalding,   100 S. Broad Street, Suite 2230,
               Philadelphia, PA 19110-1021
13246536      +Shawnee Lee, Esq.,    Exelon Business Seervices Co. Legal Dept,    2301 Market Street, S-23-1,
               Philadelphia, PA 19103-1338
13246538      +Stephen R. Bolden, Esq.,    Fell & Spalding,   2230 Land Title Bldg,    100 S. Broad Street,
               Philadelphia, PA 19110-1023
13246539      +Sunrise General Contracting, Inc,    2 Streton Circle,   Willingboro, NJ 08046-1425
13300554      +Sunrise General Contracting, Inc.,    Valentino & Slowinski, P.C.,    3143 Knights Road,
               Bensalem, PA 19020-2801
13246540      +Susquehanna Bank Commercial Acceptance,    2 W. Main Street,   Camp Hill, PA 17011-6326
13246542      +VERIZON,   500 TECHNOLOGY DR STE 30,    WELDON SPRING, MO 63304-2225
13246544      +WELLS FARGO BANK NV NA,    ATTN: DEPOSITS BANKRUPTCY MAC# P6103-05K,    PO BOX 3908,
               PORTLAND, OR 97208-3908
13246543      +Wachov/ftu/Wells Fargo,    PO BOX 31557,   MAC B6955-01B,   BILLINGS, MT 59107-1557
13246545      +Wfs Financial/Wachovia Dealer Srvs,    PO BOX 3569,   RANCHO CUCAMONGA, CA 91729-3569
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 3              Date Rcvd: Aug 17, 2016
                              Form ID: pdf900             Total Noticed: 74


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 18 2016 01:35:03      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2016 01:34:30
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 18 2016 01:34:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Aug 18 2016 01:35:02      City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13246487        E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 18 2016 01:34:54      American Honda Finance,
                 PO BOX 168088,    IRVING, TX 75016
13323457        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2016 01:31:41
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13246506        E-mail/Text: bankruptcy@phila.gov Aug 18 2016 01:35:03      City of Philadelphia,
                 Law Dept. Tax Unit,    One Parkway Bldg.,   1515 Arch Street, 15th Floor,
                 Philadelphia, PA 19102-1595
13246505        E-mail/Text: bankruptcy@phila.gov Aug 18 2016 01:35:03      City of Philadelphia,
                 Law Dept. Tax Unit,    One Parkway Bldg. - Bankruptcy Group,   1515 Arch Street, 15th Floor,
                 Philadelphia, PA  19102-1595
13528784       +E-mail/Text: bankruptcy@phila.gov Aug 18 2016 01:35:02
                 CITY OF PHILADELPHIA, LAW DEPARTMENT    TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13246514       +E-mail/Text: bankruptcy.bnc@gt-cs.com Aug 18 2016 01:34:26      GREEN TREE SERVICING L,
                 PO BOX 6172,    RAPID CITY, SD 57709-6172
13246516       +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 18 2016 01:35:22      Harley Davidson Financial,
                 ATTENTION: BANKRUPTCY,    PO BOX 22048,    CARSON CITY, NV 89721-2048
13246518       +E-mail/Text: EBN_Notifications@OWB.com Aug 18 2016 01:34:28      IndyMac Bank/OneWest Bank,
                 ATTN:BANKRUPTCY DEPARTMENT,   2900 ESPERANZA CROSSING,    AUSTIN, TX 78758-3658
13246519        E-mail/Text: cio.bncmail@irs.gov Aug 18 2016 01:34:24      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13246520       +E-mail/Text: kab@jsdc.com Aug 18 2016 01:34:24      James, Smith,Dietterick & Connelley, LLP,
                 PO Box 650,    Hershey, PA 17033-0650
13246529       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 18 2016 01:34:27      PECO,
                 2301 Market Street, N3-1,    Philadelphia, PA 19103-1380
13277916       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 18 2016 01:34:27      PECO Energy Company,
                 c/o Merrick Friel,    2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13332051        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2016 01:34:30
                 Pennsylvania Department of Revenue,   Bankruptcy division,   P O Box 280946,
                 Harrisburg P A 17128-0946
13246532       +E-mail/Text: paul.cressman@phelanhallinan.com Aug 18 2016 01:35:21      Phelan Hallinan, LLP,
                 Attn: Allison Zuckerman, Esq.,    1617 JFK Boulevard, Suite 1400,   Philadelphia, PA 19103-1814
13246531       +E-mail/Text: paul.cressman@phelanhallinan.com Aug 18 2016 01:35:21      Phelan Hallinan, LLP,
                 Attn: Adam H. Davis, Esq.,    1617 JFK Boulevard, Suite 1400,   Philadelphia, PA 19103-1814
13246537        E-mail/Text: appebnmailbox@sprint.com Aug 18 2016 01:34:47      Sprint,   6391 Sprint Pkwy,
                 Overland Park, KS 66251
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13246515        Gregory K. Stanislaus
13348661*       American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13349027*       American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13330937*       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13246493*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: BANK OF AMERICA, N.A.,    4161 PIEDMONT PARKWAY,
                 GREENSBORO, NC 27410)
13348626*      +Bank of America, N.A.,    Bankruptcy Department,   P.O. Box 26012, NC4-105-02-99,
                 Greensboro, North Carolina 27420-6012
13246502*      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Usa,    CITICORP CREDIT SERVICES/ATTN:CENTRALIZE,
                 PO BOX 20507,    KANSAS CITY, MO 64195)
13246541*      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: UNVL/CITI,    ATTN.: CENTRALIZED BANKRUPTCY,   PO BOX 20507,
                 KANSAS CITY, MO 64195)
13246507       ##+COMMERCIAL ACCEPTANCE,   2 W. MAIN ST,   SHIREMANSTOWN, PA 17011-6326
13246510       ##+Elijah and Rebecca Jones,    141 E. Fariston Drive,   Philadelphia, PA 19120-1005
                                                                                   TOTALS: 1, * 7, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: ChrissyW              Page 3 of 3           Date Rcvd: Aug 17, 2016
                              Form ID: pdf900             Total Noticed: 74
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTIAN A. DICICCO    on behalf of Debtor Gregory St. Jacques Stanislaus
               cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com
              CHRISTIAN A. DICICCO    on behalf of Defendant Gregory St. Jacques Stanislaus
               cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com
              GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,    hsmith@gsbblaw.com
              GARY F. SEITZ     gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;hsmith@gsbblaw.com
              JENNIFER M. ZELVIN    on behalf of Trustee GARY F. SEITZ jzmattorney@gmail.com
              JENNIFER P. KNOX    on behalf of Plaintiff    Bank of America, N.A. jknox@reedsmith.com
              JEROME B. BLANK    on behalf of Creditor    GREEN TREE SERVICING LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    FEDERAL HOME LOAN MORTGAGE CORPORATION paeb@fedphe.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    GREEN TREE SERVICING LLC paeb@fedphe.com
              KIMBERLY A. BONNER    on behalf of Creditor    BANK OF AMERICA, N.A. amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2007-2
               amps@manleydeas.com
              LESLIE J. RASE    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com,    lerase@logs.com
              MARK R. FARO    on behalf of Creditor Fay  Dyer mfaro@pielaw.com
              MARK R. FARO    on behalf of Plaintiff Fay  Dyer mfaro@pielaw.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               james.feighan@phila.gov
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com,
               vbarber@udren.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 20
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-11183-MDC |
| | § | |
| GREGORY ST. JACQUES STANISLAUS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gary F. Seitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107

  Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 a.m. on 9/13/2016, in Courtroom 2, United States Courthouse, 900 Market Street, Philadelphia, PA 19107. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/16/2016       By:  /s/ Gary F. Seitz
                        Trustee

Gary F. Seitz
Gellert Scali Busenkell & Brown, LLC
The Curtis Center
Philadelphia, PA, 19106

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re: § Case No. 14-11183-MDC
§
GREGORY ST. JACQUES STANISLAUS §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $5,000.00
*and approved disbursements of* $61.57
*leaving a balance on hand of[1] :* $4,938.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 11 | Pennsylvania Department of Revenue | $3,711.33 | $0.00 | $0.00 | $0.00 |
| 13 | Bank of America, N.A. | $44,960.94 | $0.00 | $0.00 | $0.00 |
| 14 | Bank of America, N.A. | $61,284.33 | $0.00 | $0.00 | $0.00 |
| 22 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT | $9,425.60 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $4,938.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total | Interim | Proposed |
|---|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Requested | Payments to Date | Payment |
|---|---|---|---|
| Gary F. Seitz, Trustee Fees | $1,250.00 | $0.00 | $1,250.00 |
| Gary F. Seitz, Trustee Expenses | $391.60 | $0.00 | $391.60 |
| GELLERT SCALI BUSENKELL & BROWN LLC, Attorney for Trustee Fees | $2,120.00 | $0.00 | $2,120.00 |

Total to be paid for chapter 7 administrative expenses:  $3,761.60
Remaining balance:  $1,176.83

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:  $0.00
Remaining balance:  $1,176.83

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $66,814.05 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | $29,509.69 | $0.00 | $0.00 |
| 3 | Sunrise General Contracting, Inc. | $12,475.00 | $0.00 | $1,176.83 |
| 11a | Pennsylvania Department of Revenue | $15,023.52 | $0.00 | $0.00 |
| 22a | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT | $9,805.84 | $0.00 | $0.00 |

Total to be paid to priority claims:  $1,176.83
Remaining balance:  $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,229,646.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid

UST Form 101-7-NFR (10/1/2010)

in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | PECO Energy Company | $9,333.71 | $0.00 | $0.00 |
| 4 | Capital One Bank (USA), N.A. | $6,179.30 | $0.00 | $0.00 |
| 5 | Reginald Braithwaite | $495,000.00 | $0.00 | $0.00 |
| 6 | Antonio Braithwaite | $115,390.63 | $0.00 | $0.00 |
| 7 | American Express Centurion Bank | $828.48 | $0.00 | $0.00 |
| 8 | American InfoSource LP as agent for | $139.88 | $0.00 | $0.00 |
| 9 | American InfoSource LP as agent for | $857.28 | $0.00 | $0.00 |
| 10 | American Express Centurion Bank | $4,037.12 | $0.00 | $0.00 |
| 12 | Fay Dyer | $201,505.33 | $0.00 | $0.00 |
| 15 | American Express Bank, FSB | $4,596.04 | $0.00 | $0.00 |
| 16 | American Express Bank, FSB | $4,197.02 | $0.00 | $0.00 |
| 17 | American Express Bank, FSB | $41,286.00 | $0.00 | $0.00 |
| 18 | Beneficial Mutual Savings Bank | $73,259.04 | $0.00 | $0.00 |
| 19 | Beneficial Mutual Savings Bank | $70,458.23 | $0.00 | $0.00 |
| 20 | Beneficial Mutual Savings Bank | $105,758.16 | $0.00 | $0.00 |
| 21 | Beneficial Mutual Savings Bank | $96,820.50 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:  $0.00
Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:  $0.00
Remaining balance:  $0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $15,272.57 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2a | Internal Revenue Service | $11,834.34 | $0.00 | $0.00 |
| 11b | Pennsylvania Department of Revenue | $3,438.23 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ Gary F. Seitz
                    Trustee

Gary F. Seitz
Gellert Scali Busenkell & Brown, LLC
The Curtis Center
Philadelphia, PA, 19106

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**