UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                :
                                                      :
GREGORY ST. JACQUES STANISLAUS   :   Case No. 14-11183-MDC
                                                      :
                                                      :   Chapter 7
                                                      :
                    Debtor                       :

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $1,250.00 is reasonable compensation for the services in this case by GARY F. SEITZ, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $391.60 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

_____
Magdeline D. Coleman
United States Bankruptcy Judge

Dated: 9/13/16

cc:   Debtor
      Debtor's Counsel
      United States Trustee
      Trustee
      Counsel for Trustee
      Creditors