United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Gregory St. Jacques Stanislaus
    Debtor

Case No. 14-11183-mdc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Sep 14, 2016
                           Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2016.
db          #+Gregory St. Jacques Stanislaus,    4534 Sansom Street, Apt #3,    Philadelphia, PA 19139-3623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2016 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         CHRISTIAN A. DICICCO    on behalf of Debtor Gregory St. Jacques Stanislaus
          cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com
         CHRISTIAN A. DICICCO    on behalf of Defendant Gregory St. Jacques Stanislaus
          cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com
         GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,    hsmith@gsbblaw.com
         GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
          gfs@trustesolutions.net;hsmith@gsbblaw.com
         GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
         JENNIFER M. ZELVIN    on behalf of Trustee GARY F. SEITZ jzmattorney@gmail.com
         JENNIFER P. KNOX    on behalf of Plaintiff    Bank of America, N.A. jknox@reedsmith.com
         JEROME B. BLANK    on behalf of Creditor    FEDERAL HOME LOAN MORTGAGE CORPORATION paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    GREEN TREE SERVICING LLC paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
         JOSEPH PATRICK SCHALK    on behalf of Creditor    GREEN TREE SERVICING LLC paeb@fedphe.com
         KIMBERLY A. BONNER    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
          Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2007-2
          amps@manleydeas.com
         KIMBERLY A. BONNER    on behalf of Creditor    BANK OF AMERICA, N.A. amps@manleydeas.com
         LESLIE J. RASE    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com,    lerase@logs.com
         MARK R. FARO    on behalf of Creditor Fay    Dyer mfaro@pielaw.com
         MARK R. FARO    on behalf of Plaintiff Fay    Dyer mfaro@pielaw.com
         MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
          james.feighan@phila.gov
         SHERRI J. BRAUNSTEIN    on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com,
          vbarber@udren.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 20

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :
                                                :
GREGORY ST. JACQUES STANISLAUS    :    Case No. 14-11183-MDC
                                                :
                                                :    Chapter 7
                                                :
            Debtor                              :

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $1,250.00 is reasonable compensation for the services in this case by GARY F. SEITZ, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $391.60 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

_____
Magdeline D. Coleman
United States Bankruptcy Judge

Dated: 9/13/16

cc:   Debtor
      Debtor's Counsel
      United States Trustee
      Trustee
      Counsel for Trustee
      Creditors