United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-11183-mdc
Gregory St. Jacques Stanislaus                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1              Date Rcvd: Sep 14, 2016
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2016.
db             #+Gregory St. Jacques Stanislaus,    4534 Sansom Street, Apt #3,    Philadelphia, PA 19139-3623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTIAN A. DICICCO    on behalf of Debtor Gregory St. Jacques Stanislaus
               cdicicco@myphillybankruptcylawyer.com,   christianadicicco@gmail.com
              CHRISTIAN A. DICICCO    on behalf of Defendant Gregory St. Jacques Stanislaus
               cdicicco@myphillybankruptcylawyer.com,   christianadicicco@gmail.com
              GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,   hsmith@gsbblaw.com
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;hsmith@gsbblaw.com
              GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com
              JENNIFER M. ZELVIN    on behalf of Trustee GARY F. SEITZ jzmattorney@gmail.com
              JENNIFER P. KNOX    on behalf of Plaintiff    Bank of America, N.A. jknox@reedsmith.com
              JEROME B. BLANK    on behalf of Creditor    FEDERAL HOME LOAN MORTGAGE CORPORATION paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    GREEN TREE SERVICING LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    GREEN TREE SERVICING LLC paeb@fedphe.com
              KIMBERLY A. BONNER    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2007-2
               amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    BANK OF AMERICA, N.A. amps@manleydeas.com
              LESLIE J. RASE    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com,  lerase@logs.com
              MARK R. FARO    on behalf of Creditor Fay  Dyer mfaro@pielaw.com
              MARK R. FARO    on behalf of Plaintiff Fay  Dyer mfaro@pielaw.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               james.feighan@phila.gov
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com,
               vbarber@udren.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 20

9/13/16

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re: :
:
GREGORY ST. JACQUES STANISLAUS : Case No. 14-11183-MDC
:
: Chapter 7 -- Liquidation
Debtor :
:

## ORDER APPROVING FINAL REPORT AND DISTRIBUTION

Upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED that the Final Report is APPROVED and

IT IS FURTHER ORDERED that the Trustee, GARY F. SEITZ, is authorized to (i) distribute to the parties in interest listed in the Proposed Distribution Schedule(s) filed of record, estate monies in the amounts indicated in such Schedule(s) and (ii) transmit to the United States Trustee, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

_____
Magdeline D. Coleman
UNITED STATES BANKRUPTCY JUDGE

DATED: 9/13/16

cc: Debtor
Counsel for debtor
Trustee
Counsel for trustee
Office of United States Trustee
All Creditors